UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. WILSON,<br><br>Plaintiff,<br><br>v.<br><br>SCHERWIN & ASSOCIATES, LLC,<br><br>Defendant. | No. 2:21-cv-00897-TLN-JDP<br><br>**ORDER** |

Plaintiff's motion for entry of default judgment was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On April 25, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 15.) No objections were filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 25, 2022, (ECF No. 15), are adopted in full;

2. Plaintiff's Motion for Default Judgment, (ECF No. 15), is GRANTED;

3. Plaintiff is awarded damages, costs, and attorney's fees in the amount of $6,240.

**DATED: July 22, 2022**

_____
Troy L. Nunley
United States District Judge