UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew D. Wilson, <br><br>          Plaintiff, <br><br>     v. <br><br> Scherwin & Associates, LLC, <br><br>          Defendant. | Case No.  2:21-cv-00897-TLN-JDP <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $6240.00 is hereby ENTERED against defendant:

Scherwin & Associates, LLC

July 25, 2022                                                                KEITH HOLLAND, CLERK

                                                                                    By: /s/  K. Zignago, Deputy Clerk